UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BARNES & NOBLE BOOKSELLERS, INC.; VILLAGIO SHOPPING CENTER, LLC,<br><br>　　　　　Defendants. | Case No.  1:20-cv-00096-NONE-BAM<br><br>**ORDER RE JOINT STIPULATION AND MOTION TO CONTINUE SCHEDULING CONFERENCE**<br><br>(Doc. No. 19) |

On April 23, 2020, the parties filed a joint stipulation and motion requesting continuance of the Mandatory Scheduling Conference currently set for April 30, 2020.  The parties explain that good cause exists to continue the conference because their ability to coordinate a discovery plan and litigation timeline has been severely impeded due to the indefinite suspension of Defendant Barnes & Noble's business operations and the temporary closure of the subject Barnes & Noble location resulting from orders issued by the City of Fresno and California Governor Gavin Newsom in connection with the COVID-19 pandemic.  (Doc. No. 19.)

Pursuant to the parties' stipulation, and good cause appearing, the parties' request to continue the Mandatory Scheduling Conference is GRANTED.  The Mandatory Scheduling Conference currently scheduled for April 30, 2020, is HEREBY CONTINUED to **June 18, 2020, at 9:00 AM in Courtroom 8 (BAM)** before the undersigned.  A Joint Scheduling Report shall be

1

filed at least one (1) week prior to the Scheduling Conference. The parties are encouraged to appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139**.

IT IS SO ORDERED.

Dated:   **April 23, 2020**              /s/ Barbara A. McAuliffe            
                                    UNITED STATES MAGISTRATE JUDGE