Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Hendrik Block

Amber L. Roller, SBN 273354
amber.roller@ogletree.com
J. Nicholas Marfori, SBN 311765
nicholas.marfori@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Telephone: (213) 239-9800
Facsimile: (213) 239-9045

Attorneys for Defendants,
Barnes & Noble Booksellers, Inc. and Villagio Shopping Center, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENDRIK BLOCK,<br><br>      Plaintiff,<br><br>   vs.<br><br>BARNES & NOBLE BOOKSELLERS, INC., et al.,<br><br>      Defendants. | No. 1:20-cv-00096-NONE-BAM<br><br>**STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER** |

**WHEREAS**, a mandatory scheduling conference is presently scheduled in this matter for August 19, 2020 at 9:00 a.m.;

**WHEREAS**, Plaintiff Hendrik Block ("Plaintiff") and Defendants Barnes & Noble Booksellers, Inc. and Villagio Shopping Center, LLC ("Defendants," and together with

1  Plaintiff, the "Parties"), are engaged in settlement discussions and are optimistic that a
2  settlement will be reached within the next 30 days;
3      **WHEREAS**, the Parties desire a brief continuance of the scheduling conference in
4  order to conserve the Court's time as well as their resources for settlement;
5      **NOW, THEREFORE**, the Parties stipulate to a continuance of the mandatory
6  scheduling conference to a date on or after September 29, 2020.

7  
8  Dated: August 12, 2020        MOORE LAW FIRM, P.C.

9  
10         */s/ Tanya E. Moore*
           Tanya E. Moore
11         Attorney for Plaintiff,
           Hendrik Block
12

13 Dated: August 12, 2020        OGLETREE, DEAKINS, NASH, SMOAK &
           STEWART, P.C.
14

15         */s/ Amber L. Roller*
16         Amber L. Roller
           J. Nicholas Marfori
17         Attorneys for Defendants,
           Barnes & Noble Booksellers, Inc.
18         and Villagio Shopping Center, LLC

19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the Initial Scheduling Conference is continued from 8/19/2020 to **September 29, 2020 at 9:30 AM in Courtroom 8 (BAM) before the undersigned.** The parties are encouraged to appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139**. If the parties file a notice of settlement pursuant to Local Rule 160 prior to the conference, then the conference will be vacated. However, if the parties are unable to reach a settlement of the action, then the conference will proceed and the parties shall file updated joint scheduling report dates at least one (1) week prior to the conference.

IT IS SO ORDERED.

Dated:   **August 13, 2020**                    /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE