Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Hendrik Block

Amber L. Roller, SBN 273354
amber.roller@ogletree.com
J. Nicholas Marfori, SBN 311765
nicholas.marfori@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Telephone: (213) 239-9800
Facsimile: (213) 239-9045

Attorneys for Defendants,
Barnes & Noble Booksellers, Inc. and Villagio Shopping Center, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENDRIK BLOCK, | No. 1:20-cv-00096-NONE-BAM |
| Plaintiff, | **STIPULATION RE: PLAINTIFF'S SITE INSPECTION; ORDER** |
| vs. | |
| BARNES & NOBLE BOOKSELLERS, INC., et al., | |
| Defendants. | |

Pursuant to the Court's Minute Order of October 28, 2020 (Dkt. 31), Plaintiff Hendrik Block ("Plaintiff") and Defendants Barnes & Noble Booksellers, Inc. and Villagio Shopping Center, LLC, by and through their counsel of record, hereby stipulate that Plaintiff's inspection

of land and property, which was previously noticed for October 28, 2020, shall now take place on November 13, 2020 beginning at 8:30 a.m.

**IT IS SO STIPULATED.**

Dated: November 2, 2020                     MOORE LAW FIRM, P.C.

                                            */s/ Tanya E. Moore*
                                            Tanya E. Moore
                                            Attorney for Plaintiff,
                                            Hendrik Block

Dated: November 2, 2020                     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                            */s/ Amber L. Roller*
                                            Amber L. Roller
                                            J. Nicholas Marfori
                                            Attorneys for Defendants,
                                            Barnes & Noble Booksellers, Inc.
                                            and Villagio Shopping Center, LLC

## **ORDER**

Having reviewed the parties' request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's inspection of land and property shall take place on November 13, 2020 beginning at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **November 3, 2020**              /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE