Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Hendrik Block

Amber L. Roller, SBN 273354
amber.roller@ogletree.com
J. Nicholas Marfori, SBN 311765
nicholas.marfori@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Telephone: (213) 239-9800
Facsimile: (213) 239-9045

Attorneys for Defendants,
Barnes & Noble Booksellers, Inc. and Villagio Shopping Center, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENDRIK BLOCK, <br><br> Plaintiff, <br><br> vs. <br><br> BARNES & NOBLE BOOKSELLERS, INC., et al., <br><br> Defendants. | No. 1:20-cv-00096-NONE-BAM <br><br> **STIPULATION TO CONTINUE PLAINTIFF'S SITE INSPECTION; ORDER** |

**WHEREAS,** pursuant to the Court's Minute Order of October 28, 2020 (Dkt. 31), Plaintiff Hendrik Block ("Plaintiff") and Defendants Barnes & Noble Booksellers, Inc. and Villagio Shopping Center, LLC (collectively "Defendants," and together with Plaintiff, "the

Parties"), Plaintiff's inspection of land and property is to take place on November 13, 2020 beginning at 8:30 a.m.;

**WHEREAS,** the Parties are engaged in settlement discussions and are very hopeful that a settlement will be reached in the near future, and would like to avoid incurring additional fees and costs in the meantime;

**NOW, THEREFORE,** by and through their counsel of record, the Parties hereby stipulate that Plaintiff's inspection of land and property shall now take place on November 19, 2020 beginning at 8:30 a.m.

**IT IS SO STIPULATED.**

Dated: November 12, 2020        MOORE LAW FIRM, P.C.

_/s/ Tanya E. Moore_
Tanya E. Moore
Attorney for Plaintiff,
Hendrik Block

Dated: November 12, 2020        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

_/s/ Amber L. Roller_
Amber L. Roller
J. Nicholas Marfori
Attorneys for Defendants,
Barnes & Noble Booksellers, Inc.
and Villagio Shopping Center, LLC

**ORDER**

Having reviewed the parties' request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's inspection of land and property shall take place on November 19, 2020 beginning at 8:30 a.m.

IT IS SO ORDERED.

Dated: __**November 13, 2020**__         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE